IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KATHLEEN CARR, individual and on Behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>(1) OKLAHOMA STUDENT LOAN AUTHORITY; and<br>(2) NELNET SERVICING, LLC,<br><br>Defendants. | Case No.: 23-cv-00099-R<br><br>Oklahoma County District Court<br>Case No. CJ-2023-2 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO: William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
*Attorney for Plaintiff and the Proposed Class*

**PLEASE TAKE** NOTICE that on January 30, 2023, Defendant, Nelnet Servicing, LLC, filed its Notice of Removal of the captioned proceeding in the Office of the Clerk of the United States District Court for the Western District of Oklahoma. Copies of said Notice of Removal were electronically served using the ECF system and via U.S. Mail.

**PLEASE TAKE FURTHER NOTICE** that, following of said Notice of Removal, Defendant filed their copy of said Notice in the Office of the Court Clerk of Oklahoma County, State of Oklahoma, thereby effecting the removal of this action to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

*s/Brian D. Blackstock*
Kyle N. Sweet, OBA#17711
Brian D. Blackstock, OBA#31943
SWEET DEWBERRY HUBBARD, PLC
24 West Park Place
Oklahoma City, Oklahoma 73103
(405) 601-9400 Office
(405) 601-9444 Facsimile
kyle@sdh.law
brian@sdh.law

*Attorneys for Defendant, Nelnet Servicing, LLC*

## CERTIFICATE OF MAILING

I hereby certify that on the 31st day of January 2023, a true and correct copy of the above and foregoing was mailed via First Class U.S. Mail to the following:

William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
(405) 235-1560 Telephone
(405) 239-2112 Facsimile
wbf@federmanlaw.com

*Attorney for Plaintiff and the Proposed Class*

 *s/Brian D. Blackstock*
BRIAN D. BLACKSTOCK