AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:23-CV-00099-R

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   United States Department of Education
was recieved by me on  9/19/2023:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Roland Stallings**, who is designated by law to accept service of process on behalf of **United States Department of Education** at **400 Maryland Avenue Southwest, Washington, DC 20024** on **09/20/2023 at 9:59 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 140.00 for services, for a total of $ 140.00.

I declare under penalty of perjury that this information is true.

Date:   09/20/2023

*Server's signature*

**Davonne Coleman**
*Printed name and title*

9705 Dale Drive
Upper Marlboro, MD 20772

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Roland Stallings who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact 45-55 years of age, 5'10"-6'0" tall and weighing 140-160 lbs with glasses.**




Tracking #: 0114457321