## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KATHLEEN CARR, KEEGAN KILLORY,** )<br>**and KELSIE POWELL, individually and** )<br>**on behalf of all similarly situated persons,** )<br> )<br>**Plaintiffs,** )<br> )<br>**v.** )<br> )<br>**OKLAHOMA STUDENT LOAN** )<br>**AUTHORITY; and** )<br>**NELNET SERVICING, LLC,** )<br> )<br>**Defendants.** ) | **No. CIV-23-99-R** |

### ORDER

Before the Court is Plaintiffs' Motion to Strike Affirmative Defenses [Doc. 66]. Defendants responded separately with substantively identical arguments [Docs. 72, 76]. The Court DENIES Plaintiffs' Motion to Strike as MOOT.

The Court agrees with Defendants that the Motion is procedurally moot. Defendant Nelnet Servicing, LLC, filed an amended answer [Doc. 68] following the Plaintiffs' Motion to Strike, and Defendant Oklahoma Student Loan Authority did the same [Doc. 73]. These amended answers supersede the previous answers within which the Plaintiffs move to strike affirmative defenses. *Nuvio Corp. v. Broadsoft, Inc.*, No. 09-2126, 2009 WL 1870883 at *1 (D. Kan. June 29, 2009) (citing *United States ex rel. Babb v. Northrop Grumman Corp.*, No. 06–CV–00581, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007)). Accordingly, Plaintiffs' Motion is moot.[1]

---

[1] Furthermore, the Court would be disinclined to grant the Motion to Strike even if it were directed at the now-amended pleadings. Within the Tenth Circuit, motions to strike are "disfavored and infrequently granted." *United States v. Hardage*, 116 F.R.D. 460, 463 (W.D. Okla. 1987). Plaintiffs do not demonstrate they will suffer significant prejudice due to the affirmative defenses,

Plaintiffs' Motion to Strike Affirmative Defenses [Doc. 66] is DENIED as MOOT.

   **IT IS SO ORDERED** this 4th day of January 2024.

*[signature]*

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**

---

and thus, the motion would be denied. *See* <u>*Pendergraft v. Bd. of Regents of Oklahoma Colleges*</u>, No. 18-793, 2020 WL 1528235 at *1 (W.D. Okla. Mar. 30, 2020).