UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN CARR, KEEGAN KILLORY, and KELSIE POWELL, individually and on behalf of all similarly situated persons,<br><br>             Plaintiffs,<br>     v.<br><br>OKLAHOMA STUDENT LOAN AUTHORITY and NELNET SERVICING, LLC,<br><br>             Defendants. | Case No. 5:23-cv-00099-R<br><br>HON. DAVID L. RUSSELL, U.S.D.J.<br><br>CLASS ACTION |

### DEFENDANTS' MOTION TO ADOPT THE NEBRASKA ACTION'S PRELIMINARY APPROVAL ORDER

Defendants Oklahoma Student Loan Authority and Nelnet Servicing, LLC respectfully request that, pursuant to Fed. R. Civ. P. 23(e), this Court adopt the Order granting preliminary approval of a classwide settlement entered on March 31, 2025 in the matter captioned *In re: Data Security Cases Against Nelnet Servicing, LLC*, No. 4:22-cv-3191 (D. Neb.) (the "Nebraska Action.")

This Action and the Nebraska Action arise out of the same 2022 data incident. As indicated in the Notice to the Court filed on September 5, 2024 under ECF No. 151, the parties in the Nebraska Action entered into a Stipulation and Agreement of Class Action Settlement in August 2024 (ECF No. 151-1 at 171) ("Settlement Agreement"), after which Plaintiffs in the Nebraska Action filed a Motion for Preliminary Approval (ECF No. 151-

1

1).  The Nebraska Court granted this motion on March 31, 2025, as addressed in a Memorandum and Order Certifying Settlement Class, Preliminarily Approving Class-Action Settlement, and Approving Form and Manner of Notice ("Preliminary Approval Order").  *See* Exhibit 1.  As addressed in the Preliminary Approval Order, the Nebraska Court held that the four Rule 23(a) threshold requirements applicable to all class actions, specifically (1) numerosity, (2) commonality, (3) typicality, and (4) adequacy of representation, are met in this case, and that certification of a class for settlement purposes is appropriate pursuant to Rule 23(b)(3).

In addition to granting preliminary approval of the settlement, the Preliminary Approval Order set a deadline of May 16, 2025 for notice to be issued to the Class. However, as a prerequisite to issuing notice to class members, Section 4.1.1 of the Settlement Agreement requires that the parties to the Settlement obtain an order from this Court adopting the Nebraska Court's Order granting preliminary approval.  *See* ECF No. 151-1 at 191.  As such, Defendants respectfully request that the Court adopt the Preliminary Approval Order entered by the Nebraska Court.

**WHEREFORE**, Defendants Oklahoma Student Loan Authority and Nelnet Servicing, LLC request that the Court enter an Order adopting the Memorandum and Order Certifying Settlement Class, Preliminarily Approving Class-Action Settlement, and Approving Form and Manner of Notice, filed on March 31, 2025 at ECF No. 146 in the matter captioned *In re: Data Security Cases Against Nelnet Servicing, LLC*, No. 4:22-cv-3191 (D. Neb.), and grant any such further relief that the Court may deem just and proper. A proposed order is attached as Exhibit 2.

Dated: April 3, 2025				Respectfully submitted,

/s/ *Jill H. Fertel*
Jill H. Fertel*
Ernest Koschineg*
**CIPRIANI & WERNER, PC**
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
jfertel@c-wlaw.com
ekoschineg@c-wlaw.com

*Admitted Pro Hac Vice*

*Counsel for Defendant, Oklahoma Student Loan Authority*

/s/ *Claudia D. McCarron*
Claudia D. McCarron*
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
cmccarron@mullen.law

Daniel M. Braude*
**MULLEN COUGHLIN LLC**
411 Theodore Fremd Avenue, Suite 206S
Rye, NY 10580
dbraude@mullen.law

*Admitted Pro Hac Vice*

*Counsel for Defendant Nelnet Servicing, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2025, a copy of this motion was filed electronically with the United States District Court for the District of Western Oklahoma and served on all counsel of record through the CM/ECF system.

*/s/ Daniel M. Braude*
Daniel M. Braude
